# EXHIBIT A

**SARGENT, SARGENT & JACOBS, LLC**
ATTORNEYS AND COUNSELLORS AT LAW
830 POST ROAD EAST, SUITE 214
WESTPORT, CONNECTICUT 06880
PHONE (203) 226-3331
FAX (203) 226-6445
email: hsargent@sargentlaw.com

THOMAS C. C. SARGENT*
HALE C. SARGENT*
DANIEL E. JACOBS

NEW YORK OFFICE:

305 BROADWAY, SUITE 700
NEW YORK, NEW YORK 10007
(212) 661-8895

MURRAY SARGENT, JR.* (1938-2005)
DOUGLAS A. MILLER, JR.
  OF COUNSEL

*NEW YORK AND CONNECTICUT BARS

February 4, 2021

**VIA EMAIL (andrewtenzer@paulhastings.com)**

Andrew Tenzer, Esq.
Paul, Hastings LLP
200 Park Avenue
New York, NY 10166

    Re: Montz, Richard M., CAA et al. v.
         **SUBJECT TO FRE 408**

Dear Mr. Tenzer:

    I met with my client, Richard Montz, this morning. I am cautiously optimistic that we can reach an agreement along the lines proposed in your letter of December 9, 2020, and amplified and clarified in your email of December 16, 2020. I believe the general concept is sound and provides the basic substance of a settlement of this issue.

    To give you a definitive answer, though, I would need to see your proposal reduced to a written stipulation, appropriate for filing with the Court, setting forth in detail the proposed terms and conditions. I therefore ask whether you are willing to draft such a stipulation and send it to me for review and discussion with my client.

Very Truly Yours,

Hale C. Sargent

cc: Mr. Richard M. Montz