UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| RICHARD M. MONTZ, | CASE NO. 20-50949 (jam) |
| DEBTOR | |
| CAA SPORTS LLC and CREATIVE ARTISTS AGENCY, LLC, Plaintiffs, | ADV. PROC. 21-05004 (jam) |
| v. | APRIL 2, 2021 |
| RICHARD M. MONTZ, Defendant | |

### STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

The undersigned, being all of the parties to this adversary proceeding, stipulate and agree that the time within which defendant may respond to the complaint filed herein on March 3, 2021, may be and hereby is extended to and including May 4, 2021.

CAA SPORTS LLC, and
CREATIVE ARTISTS AGENCY, LLC,
Plaintiffs,

By their Attorneys,
CUMMINGS & LOCKWOOD LLC

By _____
John F. Carberry, Esq.
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Tel: 203-327-1700

RICHARD M. MONTZ, Defendant

_____
Richard M. Montz, Defendant Pro Se
12 Cross Highway
Westport, CT 06880
Tel: 562-774-5866

Hall C. Sargent Esq (ct06970)
Sargent Sargent + Jacobs, LLC
850 Post Road East, Suite 214
Westport, CT 06880
(203) 226-3331