UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| RICHARD M. MONTZ, | CASE NO. 20-50949 (jam) |
| DEBTOR | |
| CAA SPORTS LLC and CREATIVE ARTISTS AGENCY, LLC, | ADV. PROC. 21-05004 (jam) |
| Plaintiffs, | |
| v. | MAY 4, 2021 |
| RICHARD M. MONTZ, | |
| Defendant. | |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

The undersigned, being all of the parties to this adversary proceeding, stipulate and agree that the time within which defendant may respond to the complaint filed herein on March 3, 2021, may be and hereby is further extended to and including May 10, 2021.

| | |
|---|---|
| CAA SPORTS LLC, and<br>CREATIVE ARTISTS AGENCY, LLC,<br>Plaintiffs, | RICHARD M. MONTZ, Defendant |
| By their Attorneys,<br>CUMMINGS & LOCKWOOD LLC | By his Attorneys,<br>SARGENT, SARGENT & JACOBS, LLC |
| By _____<br>John F. Carberry, Esq.<br>Six Landmark Square<br>Stamford, CT 06901<br>Tel: 203-327-1700 | By _____<br>Hale C. Sargent, Esq.<br>830 Post Road East, Suite 214<br>Westport, CT 06880<br>Tel: 203-226-3331 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, service of the foregoing Stipulation Extending Time to Respond to Complaint was accomplished through the Notice of Electronic Filing for parties or counsel who are registered Filers and copies of the foregoing were mailed by first class U.S. mail, postage prepaid, or, where indicated, via email, on parties or counsel that are not registered Filers, as follows:

| | |
|---|---|
| Holley Claiborn, Esq.<br>Trial Attorney<br>Office of the United States Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>Holley.L.Claiborn@usdoj.gov | *(Served via email)* |
| United States Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>*United States Trustee* | *(Served via ECF Notification)* |
| Richard M. Coan, Esq.<br>Rescia & Shear, LLP<br>5104A Bigelow Commons<br>Enfield, CT 06082<br>*Chapter 7 Trustee* | *(Served via ECF Notification)* |
| Hale C. Sargent, Esq.<br>Sargent, Sargent & Jacobs, LLC<br>830 Post Road East, Suite 214<br>Westport, CT 06880<br>*Attorneys for the Defendant Richard M. Montz*<br>hsargent@sargentlaw.com | *(Served via ECF Notification)* |

John F. Carberry, Esq.  
Cummings & Lockwood, LLC  
Six Landmark Square  
Stamford, CT 06901  
*Attorney for the Plaintiffs*

*(Served via ECF Notification)*

_____  
Hale C. Sargent