UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RICHARD M. MONTZ, | : | CASE NO. 20-50949 (jam) |
| | : | |
| DEBTOR | : | |
| _____ | : | |
| CAA SPORTS LLC and CREATIVE ARTISTS AGENCY, LLC, | : | ADV. PROC. 21-05004 (jam) |
| Plaintiffs, | : | |
| v. | : | MAY 10, 2021 |
| | : | |
| RICHARD M. MONTZ, | : | |
| Defendant. | : | |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

The undersigned, being all of the parties to this adversary proceeding, stipulate and agree that the time within which defendant may respond to the complaint filed herein on March 3, 2021, may be and hereby is further extended to and including May 17, 2021.

| | |
|---|---|
| CAA SPORTS LLC, and<br>CREATIVE ARTISTS AGENCY, LLC,<br>Plaintiffs, | RICHARD M. MONTZ, Defendant |
| By their Attorneys,<br>CUMMINGS & LOCKWOOD LLC | By his Attorneys,<br>SARGENT, SARGENT & JACOBS, LLC |
| By _/s/ John F. Carberry_<br>John F. Carberry, Esq.<br>Six Landmark Square<br>Stamford, CT 06901<br>Tel: 203-327-1700 | By _/s/ Hale C. Sargent_<br>Hale C. Sargent, Esq.<br>830 Post Road East, Suite 214<br>Westport, CT 06880<br>Tel: 203-226-3331 |

IT IS SO ORDERED at Bridgeport, Connecticut this 12th day of May, 2021.

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

1