UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RICHARD M. MONTZ, | : | CASE NO. 20-50949 (jam) |
| | : | |
| DEBTOR | : | |
| | : | |
| CAA SPORTS LLC and CREATIVE ARTISTS AGENCY, LLC, | : | ADV. PROC. 21-05004 (jam) |
| Plaintiffs, | : | |
| v. | : | SEPTEMBER 13, 2021 |
| | : | |
| RICHARD M. MONTZ, | : | |
| Defendant. | : | |

## STIPULATION

The undersigned, being all of the parties to this adversary proceeding, are engaged in continuing settlement negotiations. The parties stipulate and agree that the pretrial conference herein, currently scheduled for September 14, 2021, at 11:00 a.m., may be continued, if the Court deems it appropriate, to September 28, 2021, or to such other date and time convenient to the Court, to give the parties a further opportunity to achieve a settlement of this matter.

| | |
|---|---|
| CAA SPORTS LLC, and | RICHARD M. MONTZ, Defendant |
| CREATIVE ARTISTS AGENCY, LLC, Plaintiffs, | |
| | |
| By their Attorneys, | By his Attorneys, |
| PAUL, HASTINGS LLP | SARGENT, SARGENT & JACOBS, LLC |
| By _/s/ Andrew Tenzer_ | By _/s/ Hale C. Sargent_ |
| Andrew Tenzer, Esq. | Hale C. Sargent, Esq. |
| 200 Park Avenue | 830 Post Road East, Suite 214 |
| New York, NY 10166 | Westport, CT 06880 |
| Tel: 212- | Tel: 203-226-3331 |

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, service of the foregoing Stipulation Extending Time to Respond to Complaint was accomplished through the Notice of Electronic Filing for parties or counsel who are registered Filers and copies of the foregoing were mailed by first class U.S. mail, postage prepaid, or, where indicated, via email, on parties or counsel that are not registered Filers, as follows:

| | |
|---|---|
| Holley Claiborn, Esq.<br>Trial Attorney<br>Office of the United States Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>Holley.L.Claiborn@usdoj.gov | *(Served via email)* |
| United States Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>*United States Trustee* | *(Served via ECF Notification)* |
| Richard M. Coan, Esq.<br>Rescia & Shear, LLP<br>5104A Bigelow Commons<br>Enfield, CT 06082<br>*Chapter 7 Trustee* | *(Served via ECF Notification)* |
| Hale C. Sargent, Esq.<br>Sargent, Sargent & Jacobs, LLC<br>830 Post Road East, Suite 214<br>Westport, CT 06880<br>*Attorneys for the Defendant Richard M. Montz* | *(Served via ECF Notification)* |

2

hsargent@sargentlaw.com

John F. Carberry, Esq.  
Cummings & Lockwood, LLC  
Six Landmark Square  
Stamford, CT 06901  
*Attorney for the Plaintiffs*

*(Served via ECF Notification)*

_____  
Hale C. Sargent